IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KRISTIN KATHERINE BAISCH RICKER, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br><br>DEBT RESOLUTION DIRECT LLC d/b/a DEBT ADVISORS OF AMERICA<br><br>Defendant. | Case No. 1:25-cv-06972<br><br>**CLASS ACTION COMPLAINT** |

## NOTICE OF APPEARANCE

Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: June 24, 2025              PLAINTIFF, on behalf of herself
                                                    and others similarly situated,


                                                    */s/ Anthony Paronich*
                                                    Anthony Paronich
                                                    Email: anthony@paronichlaw.com
                                                    PARONICH LAW, P.C.
                                                    350 Lincoln Street, Suite 2400
                                                    Hingham, MA 02043
                                                    Telephone: (617) 485-0018
                                                    Facsimile: (508) 318-8100