**United States District Court Northern District of Illinois**

KRISTIN KATHERINE BAISCH RICKER,
on behalf of herself and others similarly situated.

                            Plantiff(s)

VS.                                          Case No. 1:25-cv-06972

DEBT RESOLUTION DIRECT LLC,        Hon. April M. Perry
   d/b/a Debt Advisors of America

                              Defendant(s)

**REQUEST FOR CLERK OF COURT TO REFUND
DUPLICATE FILING FEE**

     I, Ellen Fox Davis, counsel for Defendant Debt Resolution Direct, LLC, respectfully request that the Clerk of the Court Refund the Duplicate filing fee for my Motion for Leave to Appear Pro Hac Vice. I paid the filing fee of $150.00 with the Motion and was provided with a receipt that was BILNDC-24138775.

     I accidentally also submitted a duplicate payment of $150.00 with a receipt that was AILNDC-24138775. I received a notice of the duplicate payment from the Operations Supervisor of the Court.

     I respectfully request a refund of $150.00.

October 6, 2025                                        /s/ Ellen Fox Davis
                                                                               Ellen Fox Davis