# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kristin Katherine Baisch Ricker

                                                Plaintiff,

v.                                                            Case No.: 1:25−cv−06972

                                                                          Honorable April M. Perry

Debt Resolution Direct LLC

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 7, 2025:

        MINUTE entry before the Honorable April M. Perry: The Court acknowledges receipt of Request for Clerk of Court to refund filing fee in the amount of $150.00 [10]. The Clerk is directed to refund the filing fee of $150.00 to the law firm of Shipkevich PLLC, 521 Fifth Avenue, Suite 1700, New York, NY 10175. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.