UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

KRISTIN KATHERINE BAISH RICKER,
 on behalf of all others similarly situated.

               Plaintiff

   VS.                                          Case No. 1:25-cv-0692

DEBT RESOLUTION DIRECT LLC              Judge April M. Perry
 d/b/a Debt Advisors of America

              Defendant
_____

**MOTION TO DISMISS
THE CLASS ACTION COMPLAINT**

    Comes Now, Defendant Debt Resolution Direct LLC d/b/a Debt Advisors of America by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) and Rule 12(b)(1) hereby files this Motion to Dismiss the Class Action Complaint for failure to state a claim and for lack of standing to bring an action for injunctive relief for the reasons set forth in the accompanying Memorandum.

                                                        Respectfully submitted,

October 27, 2025                         /s/ Ellen Fox Davis
                                                        Ellen Fox Davis*
                                                        Shipkevich PLLC
                                                        521 Fifth Avenue, Ste 1700
                                                        New York, NY 10175
                                                        Tel: 301-467-4299
                                                         Fax: +1 888-568-5815
                                                        edavis@shipkevich.com
                                                         *Counsel for Defendant*

*Pro Hac Vice Appearance*

## **CERTIFICATE OF SERVICE**

l HEREBY CERTIFY that on this 27th day of October, 2025, the foregoing Motion to Dismiss the Class Action Complaint was served on the Clerk of the Court and on all counsel via Pacer's ECF filing system.

/s/ Ellen Fox Davis
Ellen Fox Davis