UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

KRISTIN KATHERINE BAISH RICKER,
 on behalf of all others similarly situated.

                         Plaintiff

VS.                                                                  Case No. 1:25-cv-0692

DEBT RESOLUTION DIRECT LLC                                           Judge April M. Perry
 d/b/a Debt Advisors of America

                         Defendant

NOTICE OF PRESENTMENT OF
MOTION TO DISMISS CLASS ACTION COMPLAINT
AND PROPOSED AGREED BRIEFING SCHEDULE

To All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that on Thursday, October 30, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, at the United States District Court for the Northern District of Illinois, in Courtroom 1725, located at Everett McKinley Dirksen United State Courthouse, 219 South Dearborn Street, Chicago, IL 60604 before the Honorable April M. Perry, Defendant Debt Resolution Direct LLC will and hereby does move for an Order dismissing the Class Action Complaint filed in the above captioned matter.

In connection with the motion, the parties hereby propose the following agreed briefing schedule:

(1) Plaintiff will oppose Defendant's Motion on or before December 1, 2025; and

(2) Defendant will reply in support of its Motion 21 days after the Plaintiff files her opposition, on or before December 22, 2025.

|  |  |
|---|---|
|  | Respectfully submitted, |
| October 27, 2025 | /s/ Ellen Fox Davis <br> Ellen Fox Davis* <br> Shipkevich PLLC <br> 521 Fifth Avenue, Ste 1700 <br> New York, NY 10175 <br> Tel: 301-467-4299 <br> Fax: +1 888-568-5815 <br> edavis@shipkevich.com <br> Counsel for Defendant <br> *Pro Hac Vice Appearance |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of October, 2025, the foregoing Notice of Presentment of the Motion to Dismiss the Class Action Complaint and Agreed Proposed Briefing Schedule were served on the Clerk of the Court and all counsel of record via Pacer's ECF filing system.

/s/ Ellen Fox Davis
Ellen Fox Davis