# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Kristin Katherine Baisch Ricker

                                    Plaintiff,

v.                                                               Case No.: 1:25−cv−06972
                                                                  Honorable April M. Perry

Debt Resolution Direct LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

      MINUTE entry before the Honorable April M. Perry: Motion to Dismiss [13] is acknowledged, and the court adopts the parties' proposed briefing schedule, granting Defendant's motion [15]: Plaintiff to file a response by 12/1/2025; a reply to be filed by 12/22/2025. The Court strikes the motion presentment date. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.