UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

KRISTIN KATHERINE BAISH RICKER,
 on behalf of all others similarly situated.

           Plaintiff

  VS.                                            Case No. 1:25-cv-0692

DEBT RESOLUTION DIRECT LLC             Judge April M. Perry
 d/b/a Debt Advisors of America

           Defendant
_____

**NOTIFICATION OF AFFILIATES**

      Comes Now, Defendant Debt Resolution Direct LLC d/b/a Debt Advisors of America. by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rule 7.1 and Local Rule 3.2 hereby states:

      Defendant Debt Resolution Direct, LLC d/b/a Debt Advisors of America is wholly owned by R&M Marketing Associates, LLC.

                                                              Respectfully submitted,

November 21, 2025                       /s/ Ellen Fox Davis
                                                             Ellen Fox Davis*
                                                             Shipkevich PLLC
                                                             521 Fifth Avenue, Ste 1700
                                                             New York, NY 10175
                                                             Tel: 301-467-4299
                                                             Fax: +1 888-568-5815
                                                             edavis@shipkevich.com
                                                             *Counsel for Defendant*
                                                             **Pro Hac Vice Appearance*

## **CERTIFICATE OF SERVICE**

l HEREBY CERTIFY that on this 21st day of November, 2025, the foregoing Notification of Affiliates was served on the Clerk of the Court and on all counsel via Pacer's ECF filing system.

/s/ Ellen Fox Davis
Ellen Fox Davis