# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KRISTIN KATHERINE BAISCH RICKER, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br><br>DEBT RESOLUTION DIRECT LLC d/b/a DEBT ADVISORS OF AMERICA<br><br>Defendant. | Case No. 25-cv-06972 |

### Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: May 20, 2026

PLAINTIFF,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com