## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kristin Katherine Baisch Ricker

Plaintiff,

v.                                                                    Case No.: 1:25−cv−06972
                                                                      Honorable April M. Perry

Debt Resolution Direct LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 21, 2026:

      MINUTE entry before the Honorable April M. Perry: The Court acknowledges receipt of the notice of settlement [27] and stays all deadlines for 60 days to allow the parties to file the appropriate dismissal paperwork. The parties are asked to file a joint status report by 7/24/2026 unless a stipulation of dismissal has been filed earlier. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.