**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

KRISTIN KATHERINE BAISCH RICKER, on
behalf of herself and others similarly situated

       Plaintiff,

    vs.

DEBT RESOLUTION DIRECT LLC d/b/a DEBT
ADVISORS OF AMERICA

       Defendant.

Case No. 25-cv-06972

**Notice of Dismissal**

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ.

P. 41.

Dated: June 18, 2026        PLAINTIFF,

                 */s/ Anthony I. Paronich*
                 Anthony I. Paronich
                 Paronich Law, P.C.
                 350 Lincoln Street, Suite 2400
                 Hingham, MA 02043
                 (617) 485-0018
                 anthony@paronichlaw.com